# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:12-cr-00430-GMN-PAL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SHDELL DAVIS, ) | |
| ) | |
| Defendant. ) | |

Based on the pending motion and above outlined agreement regarding the defendant's sentencing guidelines, and for good cause appearing therefore, the Court:

1. <u>GRANTS</u> (~~grants/denies~~) the motion to vacate the evidentiary hearing and impose a date for sentencing.

If granted, the evidentiary hearing currently set for August 19, 2013 at 10:00 am is hereby vacated, and the sentencing is reset for  Monday, August 19 ,  2013 , at the hour of  10:00  a.m. / ~~p.m.~~

**DATED** this 7th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge