RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Shdell Davis

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHDELL DAVIS,<br><br>　　　　　Defendant. | Case No. 2:12-cr-00430-GMN-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fifth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Fryan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Shdell Davis, that the Revocation Hearing currently scheduled on March 1, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Mr. Davis has a case pending in Clark County, Nevada, and the parties request a continuance to ascertain the resolution of this matter as it relates to the Petition before this Court.

2. Defense counsel needs additional time to discuss this matter with Mr. Davis and conduct investigation necessary to the defense of his upcoming revocation hearing.

3. Mr. Davis is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the fifth request for a continuance of the revocation hearing.

DATED this 28th day of February, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00430-GMN-PAL |
| Plaintiff, | **ORDER** |
| v. | |
| SHDELL DAVIS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, March 1, 2023 at 10:00 a.m., be vacated and continued to  May 3, 2023  at the hour of 10:00 a..m.

DATED this  28  day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE