JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHDELL DAVIS, <br><br> Defendant. | No. 2:12-CR-00430-GMN-PAL <br><br> **Petition for Writ of Habeas Corpus Ad Prosequendum for Shdell Davis (ID #02835327)** |

    The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce SHDELL DAVIS before the United States District Court on or about August 16, 2023, at the hour of 11:00 a.m., in Courtroom 7D, for a hearing regarding revocation of supervised release.

    SHDELL DAVIS is currently in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

    Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce SHDELL DAVIS before this Court

for the purpose of a hearing regarding revocation of supervised release and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

Respectfully submitted this 25th day of July, 2023.

JASON M. FRIERSON
United States Attorney

*s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHDELL DAVIS,<br><br>　　　　Defendant. | No. 2:12-CR-00430-GMN-PAL<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Shdell Davis**<br>**(ID # 02835327)** |

　　Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

　　IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of SHDELL DAVIS before the United States District Court at Las Vegas, Nevada, on or about August 16, 2023, at the hour of 11:00 a.m., in Courtroom 7D, for a hearing regarding revocation of supervised release and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

　　DATED: August 2, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHDELL DAVIS,<br><br>　　　　　Defendant | No. 2:12-CR-00430-GMN-PAL<br><br>**Writ of Habeas Corpus**<br>**Ad Prosequendum for Shdell Davis**<br>**(ID # 02835327)** |

TO:　　WARDEN,
　　　　CLARK COUNTY DETENTION CENTER
　　　　LAS VEGAS, NEVADA
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

G R E E T I N G S

WE COMMAND that you have the body of SHDELL DAVIS, detained in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, before the United States District Court at the Lloyd D. George United States Courthouse in Las Vegas, Nevada, on or about August 16, 2023, at the hour of 11:00 a.m., in Courtroom 7D, for a hearing regarding revocation of supervised release and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, until SHDELL DAVIS is released and discharged by the said Court; and

///
///

that you shall thereafter return SHDELL DAVIS to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure conduct, and have you then and there this writ.

DATED:

_____
UNITED STATES DISTRICT JUDGE

ATTEST:    DEBRA K. KEMPI, Clerk             DATED:
           United States District Court

        By _____
                 Deputy